# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| O'NEAL STEEL, Inc. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:13-cv-01879-TMP |
| | ) |
| SOUTHLAND FABRICATORS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The parties, O'Neal Steel, Inc., Southland Fabricators, LLC, Richard Field, and Dale Huval, in the above-styled cause filed a joint stipulation of dismissal (doc. 19), reciting that they jointly stipulate to the dismissal of this action. The court construes this joint stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and although a court order is unnecessary, it is ordered that the above-styled action and all claims against defendants Southland Fabricators, LLC, Richard Field, and Dale Huval, are DISMISSED WITH PREJUDICE in accordance with the joint stipulation.

The court construes the same document (doc. 19) as the plaintiff's voluntary dismissal of his claims against defendant Mathew Bridges. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby ORDERED that the above-

styled action and all claims against defendant Mathew Bridges are DISMISSED WITHOUT PREJUDICE.  Each party is to bear its own fees, costs, and expenses.

DONE this 28th day of February, 2014.

_____
T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE